JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET ACOSTA, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ETHICON, INC., et al.,<br><br>    Defendants. | Case No. 2:20-cv-05992-DSF-GJS<br><br>**ORDER DISMISSING ENTIRE CASE** |

## ORDER

The Court, having considered the joint status report regarding status of the settlement of the case of Plaintiffs Margaret Acosta and Rudolph Acosta and Defendants Ethicon, Inc. and Johnson & Johnson, hereby grants the parties' stipulation for dismissal. Plaintiffs' claims are hereby DISMISSED with prejudice.

IT IS SO ORDERED this 25th day of March, 2022.

_____
Dale S. Fischer
United States District Judge